# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITZGERALD FIELDS, | ) Case No. CV 09-5739 DMG (JCG) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CITY OF LOS ANGELES, *et al.*, | ) |
| Defendants. | ) |

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Granting Plaintiff's Motion to Dismiss Case and Dismissing Civil Rights Action Without Prejudice.

DATED:  January 23, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1